

# Fourth Court of Appeals
## San Antonio, Texas

July 26, 2021

No. 04-21-00046-CV

**IN RE** Brad **LARSEN**,
Rent Werx LLC D/B/A Larsen Properties and Leah Larsen

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-10309
Honorable John D. Gabriel, Jr., Judge Presiding

# O R D E R

Relators' response to Real Parties in Interests' motion for en banc reconsideration is due on August 2, 2021. Before the due date, Relators filed an unopposed first motion for an extension of time to file the response until August 16, 2021. *See* TEX. R. APP. P. 10.5(b).

Relators' motion for extension of time is GRANTED. Relators' response is due on August 16, 2021.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of July, 2021.



_____
Michael A. Cruz,
Clerk of Court